# United States District Court
## Southern District of Georgia

PERRY SMITH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-187

DR. YOUNG; MS. POWELL, Medical Director; TAYLOR, Physician's Assistant; CAIN, Physician's Assistant; MS. SHELTON, Deputy Warden of Care and Treatment; and WARDEN PHILBIN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order adopting the Report and Recommendation dated January 10, 2019 and overruling Plaintiff's objections, this case is dismissed without prejudice as a sanction for Plaintiff's abuse of the judicial process. This action stands closed.



01/10/2019  
*Date*

Scott L. Poff  
*Clerk*

/s/ Jamie Hodge  
*(By) Deputy Clerk*